## 28596. DIXON v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 7, 1974.

Robert Dixon, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28642. TRAILOR v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 7, 1974.

*Michael J. Long,* for appellant.
*Edward E. McGarity, District Attorney, Arthur K. Bolton, Attorney General,* for appellee.

## 28479. TUCKER v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 8, 1974.

Robert Lee Tucker, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.